**Order entered December 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01161-CV

**ESTATE OF HOWARD GILLIS THOMAS, DECEASED, Appellant**

**V.**

**462 THOMAS FAMILY PROPERTIES, LP, 462 THOMAS FAMILY PROPERTIES MANAGEMENT, LLC, DONALD T. CONLON, ROBYN THOMAS CONLON, ET AL., Appellees**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. PR-16-01660-2**

## ORDER

Before the Court is appellees' December 8, 2016 unopposed motion for an extension of time to file appellees' brief. The Court **GRANTS** appellees' motion.

We **ORDER** appellees to file their brief on or before **FEBRUARY 3, 2017**.

/s/    CRAIG STODDART
JUSTICE